**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Loy Kyle EPTING, Defendant–Appellant.**

**No. 06–51452
Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

May 29, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

George E. Patton, Midland, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Loy Kyle Epting has moved for leave to

---

* Pursuant to 5TH CIR. R. 47.5, the court has

determined that this opinion should not be

withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Epting has not filed a response. Our independent review of the counsel's brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Before GARWOOD, SMITH and DEMOSS, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5 the Court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.